FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 15, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRYAN PAUL HERNANDEZ (*also known as* Selene V. Henderson),<br><br>    Plaintiff,<br><br>    v.<br><br>EASTERN STATE HOSPITAL and ERIC CARPENTER,<br><br>    Defendants. | No. 2:24-CV-00072-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Joint Stipulation and Proposed Order of Dismissal with Prejudice, ECF No. 60. Plaintiff is pro se. Defendants are represented by Daniel Judge and Marko Pavela. The motion was considered without oral argument.

Due to a settlement agreement, the parties have requested the Court dismiss the case with prejudice and without any award of attorneys' fees or costs to either party. The Court grants the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1.  The parties' Joint Stipulation and Proposed Order of Dismissal with Prejudice, ECF No. 60, is **GRANTED**.

//

//

//

**ORDER OF DISMISSAL # 1**

2.  The above-captioned case is **DISMISSED with prejudice** and without costs or attorney's fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this this 15th day of April 2025.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL # 2**